PENACHIO MALARA LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re                                              CHAPTER 11

    ULSTER BUSINESS COMPLEX, LLC,              CASE NO.: 19-36774 (cgm)

                              Debtor.
----------------------------------------X

**AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

        **ALAN GINSBERG,** principal of **ULSTER BUSINESS COMPLEX, LLC,** the debtor herein (the "Debtor") hereby affirms as follows:

    1.    I am the member of the Debtor, a limited liability corporation.

    2.    I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2.

    3.    Since or about 1998, the Debtor has owned a parcel of property improved with an office building at 101-899 Enterprise Drive, Kingston, NY 12401 (the "Premises"). The Premises was acquired from IBM.

    4.    The Debtor filed for Chapter 11 relief on an emergency basis to invoke the automatic stay to protect it from efforts by the County of Ulster (the "County") to seize the Premises through foreclosure for taxes allegedly unpaid.

    5.    Since 2016, the Debtor has not had a tenant in the Premises and, hence, no

6. The County may have seized the Premises prior to the filing. The Debtor is exploring same and whether any sale is voidable.

7. The Debtor has received an offer to purchase the Premises and hopes to invoke the powers of this Court to sell it.

8. No shares of the Debtor are publicly held.

9. No property of the Debtor is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor or any agent for such entity.

10. The vast bulk of the Debtor's books and records are located with its manager, Ryan McGrath, at his office.

11. The Debtor's goal is to sell the Premises and use the proceeds to pay creditors in full including the County.

12. The Debtor's day to day senior management consists of myself, as owner, and McGrath and/or their corporate entity as property managers.

13. As noted, the Debtor filed for bankruptcy relief to protect it from the threat of seizure of its property from the County.

14. A copy of the corporate resolution authorizing the filing of the Debtor's Chapter 11 proceeding has been filed with the Court.

15. I believe that the best interests of the Debtor and its creditors and equity holders will be best served by Chapter 11.

Dated: Kingston, New York
November 20, 2019

_____
Alan Ginsberg   Member